UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

United States of America,               )     Case No. 20-cr-97 CRB
                                        )
            Plaintiff,                  )     STIPULATED ORDER EXCLUDING TIME
    v.                                  )     UNDER THE SPEEDY TRIAL ACT
                                        )                          FILED
Timothy Mulligan                        )                          MAR 03 2020
            Defendant(s).               )                          SUSAN Y. SOONG
                                        )                          CLERK, U.S. DISTRICT COURT
                                              NORTHERN DISTRICT OF CALIFORNIA

For the reasons stated by the parties on the record on March 3, 2020, the court excludes time under the Speedy
Trial Act from March 3, 2020 to April 29, 2020 and finds that the ends of justice served by the
continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. §
3161(h)(7)(A). The court makes this finding and bases this continuance on the following factor(s):

_____   Failure to grant a continuance would be likely to result in a miscarriage of justice.
        *See* 18 U.S.C. § 3161(h)(7)(B)(i).

_____   The case is so unusual or so complex, due to *[check applicable reasons]* _____ the number of
        defendants, _____ the nature of the prosecution, or _____ the existence of novel questions of fact
        or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial
        itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

_____   Failure to grant a continuance would deny the defendant reasonable time to obtain counsel,
        taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

_____   Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given
        counsel's other scheduled case commitments, taking into account the exercise of due diligence.
        *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

✓       Failure to grant a continuance would unreasonably deny the defendant the reasonable time
        necessary for effective preparation, taking into account the exercise of due diligence.
        *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

_____   With the consent of the defendant, and taking into account the public interest in the prompt
        disposition of criminal cases, the court sets the preliminary hearing to the date set forth in the first
        paragraph and — based on the parties' showing of good cause — finds good cause for extending
        the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for
        extending the 30-day time period for an indictment under the Speedy Trial Act (based on the
        exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

**IT IS SO ORDERED.**

DATED: _3/3/20_                         _____
                                        Jacqueline Scott Corley
                                        United States Magistrate Judge

STIPULATED: _____       _____
            Attorney for Defendant      Assistant United States Attorney

                                                                    v. 1/10/2019